AO 442 (Rev. 11/11) Arrest Warrant



U.S. MARSHAL-DC AM 10:0
RECEIVED NOV 7 '23

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
| --- | --- |
| v. | ) Case: 1:23-cr-00073 |
| LAMIN SESAY | ) Assigned to: Judge Kollar-Kotelly, Colleen |
| | ) Assign Date: 11/6/2023 |
| | ) Description: SUPERSEDING INDICTMENT (B) |
| | ) Related Case No: 23-cr-00073 (CKK) |
| Defendant | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   **LAMIN SESAY**,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☒ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

21 USC 846 - Conspiracy to Distribute and Possess With Intent to Distribute Four Hundred Grams or More of a Mixture and Substance Containing a Detectable Amount of Fentanyl;
FORFEITURE: 18 USC § 982(a); 18 USC § 924(d); 21 USC § 853(a) and (p); and 28 USC § 2461(c)

Date:   11/06/2023

2023.11.06
15:28:38
-05'00'

*Issuing officer's signature*

City and state:   WASHINGTON, D.C.      ROBIN M. MERIWEATHER, U.S. MAGISTRATE JUDGE
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 11/9/2023, and the person was arrested on *(date)* 11/9/2023
at *(city and state)*   WASHINGTON DC

Date:   11/9/2023

*Arresting officer's signature*

JEFFREY KRAUS   SPECIAL AGENT
*Printed name and title*